# Court of Appeals
# of the State of Georgia

ATLANTA,  December 21, 2022

*The Court of Appeals hereby passes the following order:*

**A23E0021.  IN THE INTEREST OF A. S. ET AL., CHILDREN (MOTHER)**

On June 24, 2022, the Juvenile Court of Gwinnett County issued an order terminating the parental rights of the mother of the above-referenced children, and on November 22, 2022, that court denied the mother's motion for new trial. On December 20, 2022, the mother filed an emergency motion, under Court of Appeals Rule 40 (b), seeking an extension of time in which to file an application for a discretionary appeal of the Juvenile Court's order denying the mother's motion for new trial. Having considered the mother's motion, we hereby GRANT it. *See* OCGA § 5-6-35 (d). The mother has until January 9, 2023, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/21/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen